E.D. Treviller III
4006 Lyon Avenue, #D
Oakland, CA 94606
(510)829-7794

E. D. TREVILLER III, IN PRO-SE

UNITED STATES FEDERAL COURTS

NORTHERN DISTRICT OF CALIFORNIA

FEDERAL LAWSUIT COMPLAINT

| | |
|---|---|
| E.D. TREVILLER III,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>1. CONTRA COSTA COUNTY CIVIL<br>　UNIT SGT. FOLEY AND GANG<br>　OFFICERS.<br>2. MR. BARRY GOLDSTEIN<br>3. MRS. DANIELLE DOUGLAS<br>4. MRS. TERRYE DAYE<br>5. RICHMOND POLICE DEPT.<br>6. HILLSIDE GARDEN APARTMENTS<br><br>　　　　Defendants. | Case No. C17-6787<br><br>THE PLAINTIFF ERNESTO DUGAR III WERE BUTALTY, BULLYING, INTIMIDATION AND FORCEFULLY TREATED DURING AN ILLEGAL EXECUTION OF A WRIT OF POSSESSION AFTER SERVING THE DEFENDANTS WITH A PRELIMITARY PROHIBITORY INJUNCTION. AND THE DEFENDANT ARE ALL ACTING LIKE CRIMINALS IN WHICH THEY COMMITS CRIMINAL ACTS SUCH AS FEDERAL ORDERS, VIOLATED U. S. BANKRUPTCY LAWS INTENTIONAL IN WHICH THEY DISOBEY IMMEDIATELY ONCE THE PLAINTIFF CIVL RIGHTS VIOLATED OVER AND OVER AGAIN. BECAUSE THE DEFENDANT BECAME IRRITATED A BLACK MAN THINK HE SMART THEORY WHITE FOLKS PEOPLE BECOME ANGRY WHEN A BLACK MAN SHOW SOME TYPE OF EDUCATION. |

I m the Pliantiff E. D. Treviiler III and the Defendants, CONTRA

- 1 -
DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

COSTA COUNTY SHERIFF CIVIL UNIT, MR. BARRY GOLDSTEIN, MRS. DANIELLE DOUGLAS, MRS. TERRYE DAYE, RICHMOND POLICE DEPT. AND HILLSIDE GARDEN APARTMENTS:

YOUR HONORABLE JUDGE Sir or Ma. This case has gotten out of hand by all parties involved as the way of the defendnats. On, 11-21-2017, at approx.. 10:45am. There were a notice of writ of possession served on the plaintiff 11-07-2017. The notice express that the plaintiff must vacate the premises of 10701 San Pablo Avenue,#27 on 11-21-2017, at 6:01 am. So, the when file a prelimitary prohibitory injunction against the defendants. See, in way each defendant contribution to the plaintiff being evited, illegal. So, the plaintiff filed two different chapters of Bankruptcy the 7th and 13. The day that the plaintiff received the unlawful detainer was the same day he suppose to have paid the remaining rent balance of the defendant receiving partial rent for May 1, 2017 rent. So, to receive the UD were unexpectd for the plaintiff. But, the only answer to that is that the defendant were retaliation in their own way against the plaintiff, by serving a UD. Only, because the plaintiff had a slip n fall in April 2017 on their property. Because, remember they took a partial which is a binding agreement from that point. So, from that point we are going to court signing illegal stipulation, in which the plaintiff never have been allowed to show his motion at no hearing.

ILLEGALLY EXECUTION WRIT OF POSSESSION

If a enforcement officer present you with writ of possession that means that the landlord want you to move out. You would receive a notice in advance a lot of times. Within that time you will be protected for 30-day form having , Automatic Stay. The plaintiff Ernest Ernesto Antonio Treviller Dugar III as of 11-21-2017 the plaintiff was completing two (2) bankruptcy at the same time. And, Judge Charles Novack schedule hearing for 11-30-2017 to speak on that fact, of the plaintiff having two bankruptcy being conducted at the same time. There, are also the fact that the defendants violated the tenant has 30 days from filing the certification to pay the amount owed. If the tenant cures the default, the tenant must file a second certification with the bankruptcy court and serve the landlord. A landlord can object to either certification and the bankruptcy court will hold a hearing within ten days or so

- 2 -
DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

of theobjection. If the tenant already filed bankruptcy. If the tenant fails to pat the rent or violated the rental agreement and the tenant had already file for bankrupt rcy before, the landlord cant proceed with the eviction until the bankruptcy allows it. And, if the plaintiff had two case going at once one of those case carried a Automatic Stay, two case are not invalid. cant not be invalid if the federal judge schedule a hearing asking how this can happened on 11-30-2017. The defendants violated the bankruptcy code of automatic to be evil and retaliaition set in their passage, racism, that it. Cal. Civ. Code & 789.3

## ILLEGALLY ENTER TO A TENANT DWELLING WHILE IN POSSESSION.

The defendants knew that the plaintiff were still in bankruptcy protection, by how they would call and try to explain to the plaintiff that hes no longer protected by bankruptcy. That not true because in the way of the chapter 7 the plaintiff are in the last stage of it. And, in the way of the chapter 13 filed on 11-03-2017, the plaintiff just had to file his chapter 13 plan. And , the trustees for both bankruptcy cases are asking about the schedule of paying the added fees in obtaining a fee waiver. So, the stay are effected for one the plaintiff case and the Sgt. Foley say he knows everything about bankruptcy better then the court it self.Cal. Civil code 1954. Cal. Civ. Code  section 3485, 1161, 1950.5, and cal. Civ. Code 1940.2.

## INVASION OF PRIVACY.

The plaintiff feels that police retaliation by the defendants feld they could just do want they want because illegal writ by a racist judicial staffgave advice well the one in Martinez yes the plaintiff already how the defendant got to just bush to proof a point . The defendants hide in the attic to find out that the plaintiff were

smoking weed in his apt. They stood in the front of the plaintiff apt listening at different times, as they water wood chips for 27 mins. Somethings, things like that. It is so dis respectful and noisy it is against the law, privacy. Then, on the 11-25-2017 while the plaintiff family and movers took the items out. The defendants were video taping the movers and my family, what going on. What fuck is this. Look, you the defendant and your family is from the middle east. This has been the plaintiff home since born in New Orleans, La . So, why you filming and harassing my family those of the words of the plaintiff on how tried hes and a lot of people feels about these type of people, racist. What you oofer a person is what you receives. Time Inc. v. Hill, 385 U.S. 374, 383 n.7 (1967); and id, at 402, 404 (Justice Harlan, concurring in part and dissenting in part), 411, 412-15 (justice fortas dissenting); Cox v.Broadcasting Corp. v. COHN, 420 u.s. 469, 487.

TOTAL DISGARD OF ILLEGAL TREATMENT OF THE INDIVDUAL CIVIL RIGHTS IN THE WAY OF VIOLATIONS 4TH 5TH 6TH 8TH and 14TH AMENDMENTS OF THE CONSTITUTIONS THE DEFENDANT CONTINUE TO REFUSAL TO OBEY ANY ORDERS FROM FEDERAL AGENIES,AS LONE AS THE PLAINTIFF WERE EVICTED LEGAL OR ILLEGAL.THAT WAS PROFFING A POINT AND DEAL WITH THE U.S.COURT OR ANY COURTS LATER.

The defendants committed these crime all federal against federal laws and rules:

1. police retaliation-your expression was protected, an adverse reaction that would deter a person of ordinary firmness was taken against you, the adverse action was taken as a direct result of your expression.

2. police misconduct-coerced, false confession, intimidation, false arrest falsication of evidence, police brutality, corruption, racial profile unwarranted surveillance.

3. Discrimination- the unjust or prejudice bias, bigotry, intolerance, unfairness, partnership favortism, especially race, color, age or racial discrimination.

4. Unfair, deceptive, or abusive, acts or pratices. Dodd-Frank Act.

5. Slavery mis-treatment conducted by all defendant, ever reverse racism.

VIOLATIONS AGAINST THE AMERICAN DISABILITY ACT.

The Defendants intentionally would not allow the plaintiff to get his medication during the illegal eviction on 11-21-2017. This caused the plaintiff to have a seizure with proof, guugs are swollen false teeth, body was very tension from never having the daily medication so the plaintiff may survival. The Contra Costa County, Civil Units officers stood around to make sure that the plaintiff don't go into the apt for 47 min. after. In other word to bullying into the apt. only allowing the plaintiff 5 mins. Caused the plaintiff not to get what are nessrary to live right. Liable.

Broke the Federal laws on access to medication on a large scale:

Cal. Health and Safety Code Section 123100 et seq. Cal. Health and Safety Code 123110 et. Seq. 45 LFR 164.524 45 LFR 164.501 45 LFR 164.502 (g);

The Plaintiff wants the Courts to not think just because Mr. Dugar trys to protect himself against wrongful acts of a landlord whos takes a tenant partial payments, then on the day to pay the balance you are handed a unlawful detainer to start eviction procedures. These people are under city and county apt living codes by how its is built and how another tenant must deal with ordrs from another apt, because of outside vents, in which running in and out of the building unit. UNHEALTH!

All the exhibits will present this case prepared by an American citizen whom are a black man, if its ok. Because, latily people if the legal world in Contra Costa County is racist, favoritism, discrimination and other bias act they are good acting white people who believe black men are their problem, really that your major problem in this country you are very special prejudice personS.

All evidence which is displayed in visual in documents and common sense readings of the law. And, the plaintiff want to know. WHERE YOUR FOUND SGT. FOLEY AT, THEY SOMETHING ELSE, HIM AND HIS

GANG OF LAW ENFORCEMENT OFFICERS. THE FEDERAL COURTS NEED TO BE AWARE THAT THEY WILL BE TRYING TO ARREST, FRAMED KILLED, AND PUT THE PLAINTIFF TOGETHER WITH THE ILLEGAL, RETRAINING ORDER AND TREPASSING ORDERS, YOUR GANGTERS. THEY WILL GET DISMISS WRONGFULLY OBTAINED.

THE PLAINTIFF PRAYER TO THE COURTS

1. WHEREFORE, the case present to the courts are very common because of a man being black in America. Its ok because you being use of racist to an point, to accept which are you can doing besides suit they ases. Because rude and disrespect has become a daily matter in this country and we can start with the Defendants in this case for example for the entire country of racist demands in city, county, and stae law officials and it will stop at some point.

2. PAIN AND SUFFERING- The defendant don't care about no pain and suffering so which seem to be deem to the courts and the plaintiff.
   $22,000,000.00 damages upon proof;

3. MEDICAL COST AND FUTURE MEDICAL- The defendant never allowed the plaintiff to get his medication intentionally, it became personal with these police officers, just did not care, a black so what.

$45,000,000.00 damages upon proof;

4. VIOLATIONS OF ALL CIVIL RIGHTS YOU THE COURT MAY DEEM FAIR BUT THE PLAINTIFF THE EVIDENCE ARE OVERWHELMING;

Violated the 4th 5th 6th 8th 10th and the 14th Amendments of the United States Constitution;

$500,000,000.00 For Being Racist And Not Caring That You Are Displaying It Intentionaly By All Your Actions As Law Officials.

5. The plaintiff would also receives whatever added damages that the court deem fairness on the serious violations of a indivduals rights in this country without caring, easy to see, bankruptcy, injunction, and the continue refusal to present his case before the illegal stipulation, and the judge in which would not allow none or nothing to proof this racket of discriminatin by the Defendants as real Americans by Conspiracy of the plaintiff Civil Rights.

I declare that under the laws of perjury, under the laws of the State of California, that the foregoing statement are true and correct.

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10  DATED: November 25, 2017
11                                          _____
                                              Your signature
12                                          YOUR NAME
                                            In Pro Per
13
```

- 9 -
DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)